RECEIVED
IN MONROE, LA
NOV 1 3 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DARYL FOLSE | CIVIL ACTION NO. 08-0717 |
| VS. | JUDGE ROBERT G. JAMES |
| WARDEN ALVIN JONES, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 12], and after a *de novo* review of the record, determining that the findings are correct under the applicable law, and considering the objection to the Report and Recommendation [Doc. No. 17],

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Daryl Folse's claims [Doc. Nos. 1, 5, 8, 9, & 10] are DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii) and 1915A(b)(1).

IT IS FURTHER ORDERED that Plaintiff Daryl Folse's requests for injunctive relief [Doc. Nos. 1, 5, & 8] and for temporary restraining orders [Doc. Nos. 9, 10, & 11] are DENIED AS MOOT.

MONROE, LOUISIANA, this 13th day of November, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE